No. 73–297. ALLIANCE FOR CONSUMER PROTECTION, HILL DISTRICT BRANCH, ET AL. *v.* MILK MARKETING BOARD OF PENNSYLVANIA ET AL. Pa. Commw. Ct. Motion to dispense with printing petition denied with leave to file a printed petition in conformity with Rule 39

of the Rules of this Court on or before December 12, 1973.